# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2458
_____

JOSHUA TROY DOOLY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 6, 2019


PER CURIAM.

   AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant; Joshua Troy Dooly, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.